IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 1 7 2011 NF
AUG 17 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GERMAINE J GRANT

    Plaintiff

-v-

LTD FINANCIAL SERVICES I INC,
and its general partner(LTDGP),
LTD FINANCIAL SERVICES L.P., "Dba"
LTD FINANCIAL SERVICES,
ADVANTAGE ASSETS II INC,
Defendants

Case No. 1:11 CV 05074

Blanche M Manning

## ADMENDED COMPLAINT

Plaintiff, Germaine J Grant, individually, hereby sues Defendants, LTD FINANCIAL SERVICES I INC (LTDGP), LTD FINANCIAL SERVICES L.P. AND ADVANTAGE ASSETS II INC, for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692,et seq and to recover damages for Defendants violation of the FDCPA, and alleges:

### PRELIMINARY STATEMENT

1.     This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692 e, Fair Debt Collection Practices Act (FDCPA) 15 USC § 1692 e(2) & e(12), Fair Debt Collection Practices Act (FDCPA)

1

15 USC § 1692 f, Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692 g(b),& f(1)

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1681p, , and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $5,000.00.

## PARTIES

7. Plaintiff, Germaine J Grant, is a natural person and is a resident of the State of Illinois.

8. Upon information and belief Defendant, LTD FINANCIAL SERVICES L.P. (LTD) is a Texas corporation entity not authorized to do business in Illinois under this name.

9. Upon information and belief Defendant, ADVANTAGE ASSET II INC, and LTD FINANCIAL SERVICES I INC. (LTDGP), is a Texas

corporation, that is the general partner of Defendant LTD authorized to do business in Illinois.

## FACTUAL ALLEGATIONS

10. On or about August 2010 the Defendant LTD FINANCIAL SERVICES L.P. place an account on the Plaintiff Trans Union Consumer Report demanding payment for alleged debt.

11. On or about OCT of 2010 the Defendant LTD Financial services L.P. "DBA" LTD Financial Services received validation letter and a Notice of Dispute pursuant to 15 USC.§ 1692g(b).

12. Plaintiff has no contractual obligation to pay either the Defendants.

13. Defendant LTD FINANCIAL SERVICES L.P failed to attach the alleged agreement or any evidence that Plaintiff ever had an account with ADVANTAGE ASSETS II INC pursuant to 15 USC§ 1681a(r)(4).

14. On JULY 12, 2011 the Defendant through telecommunication conference call knowingly violated Federal and State law by continuing to attempt to collect a disputed debt prior to validation and verification.

15. On or from August of 2010 up until July of 2011 Defendants used false representation to collect or attempt to collect an alleged debt by reporting to Transunion consumer reporting agency that the plaintiff owe a debt to LTD FINANCIAL SERVICES "dba" LTD FINANCIAL SERVICES L.P.

## COUNT I
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 et seq
## BY DEFENDANT LTD FINANCIAL SERVICES I INC, LTD FINANCIAL SERVICES L.P. AND ADVANTAGE ASSETS II INC,.

16. Plaintiff alleges and incorporates the information in paragraphs 1 through 15.

17. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3)

18. Defendant LTD FINANCIAL SERVICES I INC (LTDGP) is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

19. Defendant LTD FINANCIAL SERVICES L.P dba LTD FINANCIAL SERVICES is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

20. Defendant ADVANTAGES ASSETS II is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

21. All Defendants violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a) LTD FINANCIAL SERVICES L.P. AKA LTD FINANCIAL SERVICES, AND LTDGP violated 15 U.S.C. §1692 e(2) by falsely representing the character, amount, or legal status of any debt. By placing the alleged debt on the plaintiff Transunion consumer report and trying to collect on alleged debt through the plaintiff consumer report from the time August of 2010 until July of 2011.

(b) LTD FINANCIAL SERVICES L.P. AKA LTD FINANCIAL SERVICES violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law. The defendant has never produce any contractual agreement that plaintiff have an "account" by definition according to 15 USC §1681a(r)(4) of the FCRA. In which the defendant can collect an alleged debt on such an account which the plaintiff don't have with LTD or any other defendants of these complaint.

(c) LTD and LTDGP continued collection activity after receiving notice of dispute, and failed to provide written validation of debt before resuming collection activities, in violation of 15 U.S.C.§1692g(b) on may of 2009 the plaintiff disputed the alleged debt with the original creditor which isn't advantage asset II therefore LTD FINANICAL SERVICES L.P knew this account was in disputed by the original creditor before they alleged the plaintiff owed them any alleged debt which LTD FINANICAL SERVICES L.P. knew the alleged debt was in dispute because they pull the plaintiff Transunion consumer report for 11 straight months after the account was purchase by them while in disputed, also on august of 2010 the plaintiff sent LTD a debt validation letter which they never responded to.

(d) ADVANTAGE ASSET II INC violated 15 U.S.C. § 1692e(12) Debt has been turned over to innocent purchasers for value when advantage asset II turn this debt over to LTD to collect a debt for value from the plaintiff they violated this law because this alleged debt had already been disputed by the plaintiff so such alleged debt should have never be turned over for collection.

## COUNT II
### VIOLATION OF ILLINOIS COLLECTION AGENCY ACT (ICAA), ILL 225ILCS/425/1 BY DEFENDANTS LTD FINANCIAL SERVICES I INC (LTDGP), LTD FINANCIAL SERVICES L.P. "DBA" LTD FINANCIAL SERVICES.

22. Plaintiff alleges and incorporates the information in paragraphs 1 through 15.

23. Plaintiff is a consumer within the meaning of (225ILCS 425/2).

24. LTD Financial Services L.P. "DBA" LTD FINANICAL SERVICES L.P. is a debt collectors within the meaning of (225ILCS 425/2).

25. All LTD FINANICAL SERVICES L.P. violated (225ILCS 425/9)(18).by claiming, attempting or threatening to enforce a disputed debt when such persons knew that the debt was not legitimate. All defendants knew that the alleged debt was not legit because the alleged debt wasn't validated and under dispute by the original creditor, therefore this has cause grave economical damages to the plaintiff credit history and has cause the

plaintiff to be rejected by several credit financial institution due to the repeated violation LTD and LTDGP and ADVANTAGE ASSET II INC.

**WHEREFORE,** Plaintiff demands judgment for damages against LTD FINANCIAL SERVICES I INC, LTD FINANCIAL SERVICES L.P. ADVANTAGE ASSETS II INC, and LTD FINANCIAL SERVICES for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to ILL 735 ILCS 5/ART.II PT.1.

**WHEREFORE,** Plaintiff demands judgment for damages against LTD FINANCIAL SERVICES I INC, LTD FINANCIAL SERVICES L.P. ADVANTAGE ASSETS II INC, and IN VIOLATIONS OF of FDCPA render them liable for actual or statutory damages, and punitive damages, and costs, pursuant See, 15 U.S.C. § 1692k

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this ___th of August, 2011

Germaine J Grant
P.O. Box 23
Joliet IL 60434
779-279-1014
Germainemoneybank@gmail.com

6